KC **FILED**
NOV 1 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD JACKSON-BEY,<br>Plaintiff,<br><br>v.<br><br>OFFICERS L.J. GARCIA, STAR #16093,<br>R. ANTONSEN, STAR #19692, and<br>THE CITY OF CHICAGO,<br>Defendants. | )<br>)<br>)   07CV6514<br>)   JUDGE DARRAH<br>)   MAGISTRATE JUDGE BROWN<br>)<br>)<br>) Jury Demand<br>) |

## COMPLAINT

### COUNT I - ILLEGAL SEARCH

### JURISDICTION AND VENUE

Now comes the Plaintiff, CLIFFORD JACKSON-BEY, though his attorneys, THOMAS PETERS and KEVIN PETERS, and states:

1. This Court has jurisdiction based on 28 U.S.C. §§1331 and 1343(a) because the case raises federal constitutional issues.

2. The Court has supplementary jurisdiction over substantially related state claims based on 28 U.S.C. 1367(a).

3. This is an appropriate venue because all of the alleged acts occurred within the

1

Northern District of Illinois and all of the parties reside within the Northern District of Illinois.

4. This action is brought pursuant to 42 U.S.C. §1983 for violations of Plaintiff's constitutional rights under the Fourth Amendment as incorporated and applied to state governments through the Fourteenth Amendment to the United States Constitution.

## PARTIES

5. Plaintiff is a citizen of the United States.

6. Defendant Officers Garcia and Antonsen were on duty and acting under color of state law at all times relevant to this Complaint.

7. The City of Chicago is a municipality organized under the laws of the State of Illinois and the employer of Officers Garcia and Antonsen.

## THE FACTUAL BASIS VIOLATION

8. On November 25, 2006, Plaintiff was at or near 8920 S. Mackinaw Ave., Chicago, IL.

9. Defendants Garcia and Antonsen had not witnessed Plaintiff violate any city, county, state, federal, and/or any traffic law.

10. Defendants Garcia and Antonsen did not have a search warrant for the Plaintiff.

11. Defendants Garcia and Antonsen did not have an arrest warrant for the Plaintiff.

12. Defendants Garcia and Antonsen did not have consent to search the Plaintiff on November 25, 2006.

13. Defendants Garcia and Antonsen searched the Plaintiff on November 25, 2006.

14. Defendants Garcia and Antonsen did not have probable cause to stop the Plaintiff or search the Plaintiff.

15. The Plaintiff did not resist, disobey, or obstruct either of the defendants during his illegal stop, search, and arrest of the Plaintiff.

16. Defendants Garcia and Antonsen charged the Plaintiff with battery and resisting arrest in Case Number 06130676101.

17. On September 10, 2007 at a bench trial the Judge hearing the case directed out all charges in case number 06130676101.

18. The plaintiff is innocent of all the charges.

19. As a direct and proximate result of defendants Garcia and Antonsen's unconstitutional acts Plaintiff suffered actual harm.

WHEREFORE, Plaintiff prays this Court will award him actual and punitive damages as well as costs and reasonable attorney fees against defendants Garcia and Antonsen for his false arrest.

## COUNT II - EXCESSIVE FORCE

1-19. Plaintiff re-alleges paragraphs 1-19 of Count I as paragraphs 1-19 of Count

II.

20. Defendants Garcia and Antonsen used excessive force during the arrest of Plaintiff in that they intentionally and without lawful justification beat the Plaintiff about his head and body.

21. At no time relevant to this suit did the Plaintiff resist the illegal search and arrest by defendants Garcia and Antonsen.

22. At no time relevant to this suit did the Plaintiff attempt to strike, punch, or kick the defendants Garcia and Antonsen.

Wherefore, Plaintiff prays the Court will award him actual and punitive damages plus reasonable costs and attorneys' fees against defendants Garcia and Antonsen.

## COUNT III - STATE MALICIOUS PROSECUTION

1-22. Plaintiff re-alleges paragraphs 1-22 of Count I and II as paragraphs 1-22 of Count III.

23. Defendants Garcia and Antonsen wrote false and misleading police reports regarding the arrest of plaintiff on November 25, 2006.

24. Defendants knew their false police reports would be relied on by superior officers and Assistant State's Attorneys to determine charges against the plaintiff.

25. Based on the defendants false reports, plaintiff was charged under case number 06130676101.

26. Ultimately case number 06130676101 was disposed of in favor of the

Plaintiff.

27. The Plaintiff is innocent of all the charges of November 25, 2006.

WHEREFORE, Plaintiff prays this Court will award him actual and punitive damages as well as costs and reasonable attorney fees against defendants Garcia and Antonsen for his false arrest.

## COUNT IV - STATUTORY INDEMNIFICATION

1-27. Plaintiff re-alleges paragraphs 1-27 of Count III as paragraphs 1-27 of Count IV.

28. At all relevant times, 745 ILCS 10/9-102 was in full force and effect.

29. Defendants Garcia and Antonsen were acting under color of state law and as employees of the City of Chicago.

WHEREFORE, Plaintiff prays the Court will award him actual damages and costs against the City of Chicago.

Respectfully Submitted,

S/Thomas Peters
THOMAS PETERS
KEVIN PETERS
Attorneys for Plaintiff
407 S. Dearborn, Suite 1675
Chicago, Illinois 60605
312-697-0022