# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**#2**

**FILED NOV 16 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

**(a) PLAINTIFFS**
Clifford Jackson-Bey

**DEFENDANTS**
Officers L.J. Garcia, Star # 16093, et. al.

**(b) County of Residence of First Listed Plaintiff** Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c) Attorney's (Firm Name, Address, and Telephone Number)**
Thomas Peters
Kevin Peters
407 S. Dearborn, Suite 1675
Chicago, IL 60605
(312)697-0022

**Attorneys (If Known)**
Mara Georges
Corporation Counsel
Room 600
City Hall
Chicago, IL 60602

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [■] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

**07CV6514**
**JUDGE DARRAH**
**MAGISTRATE JUDGE BROWN**

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

[Nature of suit checkboxes — none marked except 440 Other Civil Rights]

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- [■] 1 Original Proceeding

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)
42 U.S.C. 1983 False Arrest

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:**
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [■] Yes [ ] No

**IX. This case** [■] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: 11/16/07
SIGNATURE OF ATTORNEY OF RECORD: Thomas Peters