# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

Clifford Jackson-Bey

V.

Officers L.J. Garcia, Star # 16093, et. al.

SUMMONS IN A CIVIL CASE

CASE 07CV6514
ASS JUDGE DARRAH
DES MAGISTRATE JUDGE BROWN

TO: (Name and address of Defendant)

Officer L.J. Garcia, Star # 16093
Chicago Police Headquarters
3510 S. Michigan Ave.
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas Peters
Kevin Peters
407 S. Dearborn, Suite 1675
Chicago, IL 60605

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

NOV 16 2007

___KRYSTEN COPPOLETTA___
(By) DEPUTY CLERK　　　　　　　　　　　　　　　　　　　　　　　　　　DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11/20/07 |
| NAME OF SERVER *(PRINT)* Jonathan Francis | TITLE Law clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11-20-07       *Jonathan M. Francis*
             Date               *Signature of Server*

                                   *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.