# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of Clifford Jackson-Bey v. City of Chicago, et al     Case          07 C 6514

## AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Individual Chicago Police Officers Louis Garcia and Richard Antonsen and the City of Chicago.

---

| | |
|---|---|
| SIGNATURE<br>/s/ David Selmer | |
| FIRM<br>City of Chicago, Dept. Of Law | |
| STREET ADDRESS<br>30 N. LaSalle Street, Suite 1400 | |
| CITY/STATE/ZIP<br>Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06283972 | TELEPHONE NUMBER<br>(312) 744-6905 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ■     NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES ☐     NO ■ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☐     NO ■ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ■   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ | |