IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFFORD JACKSON-BEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 07 C 6514 |
| | ) | |
| v. | ) | |
| | ) | JUDGE DARRAH |
| THE CITY OF CHICAGO, ET AL., | ) | |
| | ) | MAGISTRATE JUDGE BROWN |
| Defendants. | ) | |

**DEFENDANTS' AGREED MOTION TO ENLARGE
TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, the City of Chicago and Chicago Police Officers Louis Garcia and Richard Antonsen, ("Defendants"), by one of their attorneys, David Selmer, Assistant Corporation Counsel for the City of Chicago, respectfully requests this Honorable Court to extend the time, 18 days, up to and including January 11, 2008, in which to answer or otherwise plead to Plaintiff's Complaint. In support of this motion, Defendants state:

1. This matter was filed on November 16, 2007.

2. The Defendant Officers were served on December 4 an December 5, 2007, respectively.[1] According to the Federal Rules of Civil Procedure, their Answer or other responsive pleading was due on or about December 24, 2007.

---

[1] Summons was returned as executed by the Office of Legal Affairs ("OLA"), on November 20, 2007, but this is not when the officers were served. The Office of Legal Affairs is the branch of the Chicago Police Department that handles receipt of Summonses and Complaints for Chicago Police Officers, notifies officers to come to Police Department Headquarters at 3510 N. Michigan to be served, and then thereafter sends any acknowledgment of service to the Corporation Counsel's Office of the City of Chicago Department of Law. This Court ordered Defendant Officers to Answer Plaintiff's Complaint twenty days after summons was returned, or December 10, 2007, not twenty days after service on the officers was made, December 24, and December 26, 2007, respectively. .

3.  The undersigned only recently received notification of this case and that the Defendants had been served. The undersigned immediately filed his appearance on December 27, 2007.

4.  The undersigned has not yet had a chance to discuss the allegations contained in Plaintiff's Complaint with the Defendant Officers in order to adequately answer or otherwise plead in this matter on her respective behalf.

5.  This motion is Defendants' first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues.

6.  Plaintiff does not object to this extension of time.

**WHEREFORE**, Defendants the City of Chicago and Chicago Police Officers Louis Garcia and Richard Antonsen respectfully request that they be given 17 days or until January 11, 2008, to answer or otherwise plead to Plaintiff's Complaint.

Respectfully submitted,

/s/ David Selmer
DAVID N. SELMER
Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-6905
(312) 744-6566 (Fax)
Atty. No. 6283972

# CERTIFICATE OF SERVICE

I, David Selmer, hereby certify that I have caused a true and correct copy of the above and foregoing **NOTICE OF MOTION** and **DEFENDANTS' AGREED MOTION TO ENLARGE TIME TO ANSWER,** to be sent via e-filing to the person named in the foregoing Notice, a "Filing User" pursuant to Case Management/Electronic Case Files, on December 27, 2007, in accordance with the rules on electronic filing of documents.

/s/ David Selmer
DAVID SELMER
Assistant Corporation Counsel