IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFFORD JACKSON-BEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 07 C 6514 |
| | ) | |
| v. | ) | |
| | ) | JUDGE DARRAH |
| THE CITY OF CHICAGO, ET AL., | ) | |
| | ) | MAGISTRATE JUDGE BROWN |
| Defendants. | ) | |

### NOTICE OF AGREED MOTION AND CERTIFICATE OF SERVICE

To:   Thomas Peters
      Peters & Peters
      407 S. Dearborn, Ste. 1675
      Chicago, IL 60605

I, David Selmer, hereby certify that I have caused a true and correct copy of the above and **NOTICE OF MOTION** and **DEFENDANTS' MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD,** to the persons listed above, a "Filing User" pursuant to Case Management/Electronic Case Files, by filing it with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division,

**PLEASE TAKE NOTICE** that I shall appear before the Honorable Judge Darrah, or before such other judge sitting in his place, on the **17th day of January, 2008, at 9:00 a.m.,** and then and there present the attached motion.

**DATED** this 27th day of December, 2007.

                                        Respectfully submitted,

                                        /s/ David Selmer
                                        DAVID N. SELMER
30 N. LaSalle Street, Suite 1400        Assistant Corporation Counsel
Chicago, Illinois 60602
(312) 744-6905
(312) 744-6566 (Fax)