IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD JACKSON-BEY, ) | |
| ) | |
| Plaintiff, ) | 07 C 6514 |
| ) | |
| ) | JUDGE DARRAH |
| v. ) | |
| ) | MAGISTRATE JUDGE BROWN |
| CHICAGO POLICE OFFICERS ) | |
| L.J. GARCIA, STAR # 16093, ) | |
| R. ANTONSEN, STAR # 19692, and the ) | JURY DEMAND |
| CITY OF CHICAGO, ILLINOIS, ) | |
| Defendants. ) | |

**DEFENDANTS' ANSWER, DEFENSES AND
JURY DEMAND TO PLAINTIFF'S COMPLAINT**

Defendant Officers Garcia and Antonsen, and the City of Chicago ("Defendants"), by one of their attorneys, David Selmer, Assistant Corporation Counsel for the City of Chicago, for their answer, defenses, and jury demand to Plaintiff's Complaint, state as follows:

**JURISDICTION AND VENUE**

1.   This Court has jurisdiction based on 28 U.S.C. §§1331 and 1343(a) because the case raises federal constitutional issues.

**ANSWER:**   Defendants deny that Plaintiff has set forth a meritorious action, but admit the remaining allegations in this paragraph.

2.   The Court has supplementary jurisdiction over substantially related state claims based on 28 U.S.C. 1367 (a).

**ANSWER:**   Defendants deny that Plaintiff has set forth a meritorious action, but admit the remaining allegations in this paragraph.

3.   This is an appropriate venue because all of the alleged acts occurred within the Northern District of Illinois and all of the parties reside within the Northern District of Illinois.

**ANSWER:**    Defendants deny any wrongful or illegal conduct, but admit the remaining allegations in this paragraph.

4.    This action is brought pursuant to 42 U.S.C. §1983 for violations of Plaintiff's constitutional rights under the Fourth Amendment as incorporated and applied to state governments through the Fourteenth Amendment to the United States Constitution.

**ANSWER:**    Defendants deny any wrongful or illegal conduct, but admit the remaining allegations in this paragraph.

## PARTIES

5.    Plaintiff is a citizen of the United States and a resident of Chicago, Illinois.

**ANSWER:**    Defendants, upon information and belief, admit the allegations in this paragraph.

6.    Defendant Officers Garcia and Antonsen were on duty and acting under color of state law at all times relevant to this Complaint.

**ANSWER:**    Defendants admit the allegations in this paragraph, but deny any wrongful or illegal conduct.

7.    The City of Chicago is a municipality organized under the laws of the State of Illinois and the employer of Officers Gonzalez and Barney.

**ANSWER:**    Defendants admit the allegations in this paragraph.

## THE FACTUAL BASIS VIOLATION

8.    On November 25, 2006, Plaintiff was at or near 8920 S. Mackinaw Ave., Chicago, IL.

**ANSWER:**    Defendants admit the allegations in this paragraph.

9.    Defendants Garcia and Antonsen had not witnessed Plaintiff violate any city, county, state, federal, and/or any traffic law.

**ANSWER:**    Defendants deny the allegations in this paragraph.

10. Defendants Garcia and Antonsen did not have a search warrant for the Plaintiff.

    **ANSWER:**  Defendants admit the allegations in this paragraph.

11. Defendants Garcia and Antonsen did not have an arrest warrant for the Plaintiff.

    **ANSWER:**  Defendants admit the allegations in this paragraph.

12. Defendants Garcia and Antonsen did not have consent to search the Plaintiff on November 25, 2006.

    **ANSWER:**  Defendants admit the allegations in this paragraph.

13. Defendants Garcia and Antonsen searched the Plaintiff on November 25, 2006.

    **ANSWER:**  Defendants admit the allegations in this paragraph.

14. Defendants Garcia and Antonsen did not have probable cause to stop the Plaintiff or search the Plaintiff.

    **ANSWER:**  Defendants deny the allegations in this paragraph.

15. The Plaintiff did not resist, disobey, or obstruct either of the defendants during his illegal stop search, and arrest of the Plaintiff.

    **ANSWER:**  Defendants deny the allegations in this paragraph and deny that Plaintiff was illegally stopped, searched, and arrested.

16. Defendants Garcia and Antonsen charged the Plaintiff with battery and resisting arrest in Case Number 06130676101.

    **ANSWER:**  Defendants admit the allegations in this paragraph.

17. On September 10, 2007, at a bench trial the Judge hearing the case directed out all charges in case number 06130676101.

    **ANSWER:**  Upon information and belief, Defendants admit the allegations in this paragraph.

18. The Plaintiff is innocent of all the charges.

    **ANSWER:**  Defendants deny the allegations in this paragraph.

19. As a direct and proximate result of defendants Garcia and Antonsen's

unconstitutional acts Plaintiff suffered actual harm.

**ANSWER:** Defendants deny the allegations in this paragraph.

**WHEREFORE**, Defendants respectfully request that judgment be entered in their favor and against Plaintiff on Count I, for the costs of this suit, including attorney's fees, and such other relief as the Court deems just and appropriate.

## COUNT II - EXCESSIVE FORCE

1-19. Plaintiff re-alleges paragraphs 1-19 of Count I as paragraphs 1-19 of Count II.

**ANSWER:** Defendants reassert their answers to Paragraphs 1 - 22 of Count I as their answer to Paragraphs 1-22 of Count II as if fully set forth herein.

20. Defendants Garcia and Antonsen used excessive force during the arrest of Plaintiff in that they intentionally and without lawful justification beat the Plaintiff about his head and body.

**ANSWER:** Defendants deny the allegations in this paragraph.

21. At no time relevant to this suit did the Plaintiff resist the illegal search and arrest by defendants Garcia and Antonsen.

**ANSWER:** Defendants deny the allegations in this paragraph and deny that Plaintiff was illegally stopped, searched, and arrested.

22. At no time relevant to this suit did the Plaintiff attempt to strike, punch, or kick the defendants Garcia and Antonsen.

**ANSWER:** Defendants admit that at no time relevant to this suit did the Plaintiff attempt to punch or kick either of the defendants, and further admit that Plaintiff did not attempt to strike officer Antonsen. Defendants deny the remaining allegations in this paragraph.

**WHEREFORE**, Defendants respectfully request that judgment be entered in their favor and against Plaintiff on Count II, for the costs of this suit, including attorney's

fees, and such other relief as the Court deems just and appropriate.

## COUNT III - STATE MALICIOUS PROSECUTION

1-22.    Plaintiff re-alleges paragraphs 1-22 of Count II as paragraphs 1-22 of Count III.

**ANSWER:**    Defendants reassert their answers to Paragraphs 1 - 22 of Count II as their answer to Paragraphs 1-22 of Count III as if fully set forth herein.

23.    Defendant Officers Garcia and Antonsen wrote false and misleading police reports regarding the arrest of plaintiff on November 25, 2006.

**ANSWER:**    Defendants deny the allegations in Paragraph 23.

24.    Defendants knew their false police reports would be relied on by superior officers and Assistant State's Attorneys to determine charges against the plaintiff.

**ANSWER:**    Defendants deny the allegations in Paragraph 24.

25.  Based on the defendants' false reports, plaintiff was charged under case number 06130676101.

**ANSWER:**    Defendants admit, upon information and belief, plaintiff was charged under case number 06130676101, but deny the remaining allegations in Paragraph 25.

26.    Ultimately case number 06130676101 was disposed of in favor of the plaintiff.

**ANSWER:**    Defendants admit, upon information and belief, the allegations in Paragraph 26.

27.    The Plaintiff is innocent of all the charges of November 25, 2006.

**ANSWER:**    Defendants deny the allegations in Paragraph 27.

**WHEREFORE**, Defendants respectfully request that judgment be entered in their favor and against Plaintiff on Count III, for the costs of this suit, including attorney's fees, and such other relief as the Court deems just and appropriate.

## COUNT IV- STATUTORY INDEMNIFICATION

1-27.	Plaintiff re-alleges paragraphs 1-27 of Count III as paragraphs 1-27 of Count IV.

**ANSWER:**	Defendants reassert their answers to Paragraphs 1 - 27 of Count III as their answer to Paragraphs 1-27 of Count IV as if fully set forth herein.

28.	At all relevant times, 745 ILCS 10/9-102 was in full force and effect.

**ANSWER:**	Defendants admit the allegations in this paragraph.

29.	Defendants Garcia and Antonsen were acting under color of state law as employees of the City of Chicago.

**ANSWER:**	Defendants admit the allegations in this paragraph.

**WHEREFORE**, Defendants respectfully request that judgment be entered in their favor and against Plaintiff on Count IV, for the costs of this suit, including attorney's fees, and such other relief as the Court deems just and appropriate.

## FIRST AFFIRMATIVE DEFENSE

Defendants are government officials who perform discretionary functions. As to the federal claims against defendants, at all times material to the events alleged in plaintiff's complaint, a reasonable police officer objectively viewing the facts and circumstances that confronted the officers could have believed their actions to be lawful, in light of clearly established law and the information that defendants possessed. Defendant Officers, therefore, are entitled to qualified immunity as a matter of law.

## SECOND AFFIRMATIVE DEFENSE

Where Defendants may be liable in damages, the total amount of damages to which Plaintiff would otherwise be entitled must be reduced by application of principles of comparative fault in proportion to the amount of the willful and wanton or other

wrongful conduct of Plaintiff's which were the proximate cause of these injuries and damages.

### THIRD AFFIRMATIVE DEFENSE

To the extent Plaintiff failed to mitigate any of her claimed injuries or damages, and verdict or judgment obtained by Plaintiff must be reduced by application of the principle that Plaintiff has a duty to mitigate, commensurate with a degree of failure to mitigate attributed to Plaintiff by the jury in this case.

### JURY DEMAND

Defendants respectfully request a trial by jury.

Respectfully submitted,

/s/ David Selmer
DAVID N. SELMER
Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-6905
(312) 744-6566 (Fax)
Atty. No. 6283972