Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6514 | **DATE** | 1/15/08 |
| **CASE TITLE** | Jackson-Bey v. Garcia, et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' agreed motion for an extension of time to file an answer [12, 13] is granted *nunc pro tunc* to 12/27/07.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|