# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6514 | **DATE** | 2/7/2008 |
| **CASE TITLE** | Clifford Jackson - Bey vs. L.J. Garcia, et. al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Discovery ordered closed on 6/6/08. Pretrial conference set for 10/30/08 at 1:30 p.m. Jury trial set for 11/3/08 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|

## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6514 | **DATE** | 2/7/2008 |
| **CASE TITLE** | Clifford Jackson - Bey vs. L.J. Garcia, et. al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Discovery ordered closed on 6/6/08. Pretrial conference set for 10/30/08 at 1:30 p.m. Jury trial set for 11/3/08 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|