# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFFORD JACKSON-BEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 07 C 6514 |
| | ) | |
| v. | ) | |
| | ) | JUDGE DARRAH |
| THE CITY OF CHICAGO, ET AL., | ) | |
| | ) | MAGISTRATE JUDGE BROWN |
| Defendants. | ) | |

**NOTICE OF DEPOSITIONS**

To:   **All counsel of Record**

**YOU ARE HEREBY NOTIFIED THAT** pursuant to the Rules of Civil Procedure for the United States District Court for the Northern District of Illinois, Eastern Division, the undersigned will take the oral depositions of the following persons before a Notary Public or other authorized officer at 30 North LaSalle, Suite 1400, Chicago, Illinois, on the date and time indicated below:

**CLIFFORD JACKSON-BEY**      March 18, 2008,      10:00am

**DATED** at Chicago, Illinois this 23rd day of January, 2008.

Respectfully submitted,

_____
DAVID N. SELMER
Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-6905
(312) 744-6566 (Fax)
Atty. No. 6283972

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD JACKSON-BEY, ) | |
| ) | |
| Plaintiff, ) | Case No.: 07 C 6514 |
| ) | |
| v. ) | |
| ) | JUDGE DARRAH |
| THE CITY OF CHICAGO, ET AL., ) | |
| ) | MAGISTRATE JUDGE BROWN |
| Defendants. ) | |

## NOTICE OF DEPOSITIONS

To:   **All counsel of Record**

   YOU ARE HEREBY NOTIFIED THAT pursuant to the Rules of Civil Procedure for the United States District Court for the Northern District of Illinois, Eastern Division, the undersigned will take the oral depositions of the following persons before a Notary Public or other authorized officer at 30 North LaSalle, Suite 1400, Chicago, Illinois, on the date and time indicated below:

   **CLIFFORD JACKSON-BEY**      April 2, 2008,      1:00pm

DATED at Chicago, Illinois this 17th day of March, 2008.

                              Respectfully submitted,

                              _____
                              DAVID N. SELMER
                              Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-6905
(312) 744-6566 (Fax)
Atty. No. 6283972



**City of Chicago**
Richard M. Daley, Mayor

**Department of Law**

Mara S. Georges
Corporation Counsel

Individual Defense Litigation
Suite 1400
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 742-6433
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)

http://www.cityofchicago.org

March 17, 2008

via U.S. Mail and facsimile transmission

Thomas Peters
Peters & Peters
407 S. Dearborn, Ste. 1675
Chicago, IL 60605

Re: <u>Jackson-Bey v. City of Chicago, et al.</u>; 07 C 6514

Dear Counsel:

Please find enclosed a second copy of Defendants' Interrogatories and Requests to Produce in the above captioned case. As my original certificate of service reflects, the Interrogatories, Notice of Plaintiff's Deposition, and Requests to Produce were sent at the same time as my 26(a) disclosures. In any event, please find an updated Notice of Deposition for April 2, 2008, pursuant to our agreement Friday. Also pursuant to our agreement Friday, I will produce to you Defendants' answers to written discovery by March 21, 2008, and am anticipating Plaintiff's responses before his deposition April 2, 2008. If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

David Selmer
Assistant Corporation Counsel
(312)744-6905







**City of Chicago**
Richard M. Daley, Mayor

Department of Law

Mara S. Georges
Corporation Counsel

Individual Defense Litigation
Suite 1400
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 742-6433
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)

http://www.cityofchicago.org

April 8, 2008

via U.S. Mail

Kevin Peters
Attorney at Law
407 S. Dearborn, Ste. 1675
Chicago, IL 60606

Re:   Jackson-Bey v. City of Chicago, et al.,; 07 C 6514

Dear Counsel:

I am writing in response to your letter and second notice of deposition sent April 2, 2008. It is anticipated that I will be on trial through May 19, 2008. However, I am available to take Plaintiff's deposition and produce my clients for their depositions later that week. I am proposing May 21, 22, and 23, 2008 at 1:00 p.m. for the depositions of the parties. Please let me know if this is convenient for you and your client at your earliest convenience. Please sign and return the proposed HIPPA protective order I sent you, or let me know if you have any objections by this Friday, April 11, 2008.

Sincerely,

David Selmer
Assistant Corporation Counsel
(312)744-6905


