# EXHIBIT B



**City of Chicago**
**Richard M. Daley, Mayor**

**Department of Law**

Mara S. Georges
Corporation Counsel

Individual Defense Litigation
Suite 1400
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 742-6433
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)

http://www.cityofchicago.org

May 20, 2008

via U.S. Mail

Kevin Peters
Attorney at Law
407 S. Dearborn, Ste. 1675
Chicago, IL 60606

Re:   Jackson-Bey v. City of Chicago, et al.,; 07 C 6514

Dear Counsel:

I contacted your office on Friday, May 16, 2008, and yesterday, May 17, 2008, to arrange times for my clients to appear for their depositions and to schedule the deposition of your client this week. On both occasions I left messages on your voice-mail indicating that I could produce my clients this week, maybe as early as Monday and requesting that you call me back. I still have not heard from you. Please contact me as soon as possible so that we can schedule the depositions in this case.

Sincerely,

David Selmer
Assistant Corporation Counsel
(312)744-6905



