# EXHIBIT C

# POLICE RECORD REQUEST TO THE OFFICE OF LEGAL AFFAIRS
## OFFICE OF LEGAL AFFAIRS/CHICAGO POLICE DEPARTMENT

Attorney Work Product
Privileged and Confidential

To: Louisa Fahey



CASE NAME: **Clifford Jackson-Bey**   DOCKET NUMBER: **07 C 6514**

DATE OF REQUEST: **11/30/07**   DATE NEEDED: **12/14/07**

**INDIVIDUALS:**
[X] Arrest Report (both sides)   [X] Criminal History   [ ] FBI Report   [X] Mugshots (2 copies)
[X] Lock-up Keeper Log   [X] Fingerprint Printout   [ ] Other _____
Name (Last) **Jackson-Bey** (First) **Clifford** (MI) ___ Date of Birth: **5/16/46**
[X] Male  [ ] Female   Race **/**   CB# **016728810**   IR# **016211**
Location of Arrest: _____ Date of Arrest: **11/25/06** Time of Arrest: _____
(Use Military Time Only)

[ ] Arrest Report (both sides)   [ ] Criminal History   [ ] FBI Report   [ ] Mugshots (2 copies)
[ ] Lock-up Keeper Log   [ ] Fingerprint Printout   [ ] Other _____
Name (Last) _____ (First) _____ (MI) ___ Date of Birth: _____
[ ] Male  [ ] Female   Race _____   CB# _____   IR# _____
Location of Arrest: _____ Date of Arrest: _____ Time of Arrest: _____
(Use Military Time Only)

**POLICE OFFICERS:**
Name (Last) **Garcia** (First) **L** (MI) **J** Star # **16093** Unit ___ Rank ___
SSN _____   [ ] Personnel File  [ ] Medical File  [X] Complimentary/Disciplinary History
[ ] Training Records   [X] Other **11/25/06 CR**

Name (Last) **Antonsen** (First) _____ (MI) ___ Star # **19692** Unit ___ Rank ___
SSN _____   [ ] Personnel File  [ ] Medical File  [X] Complimentary/Disciplinary History
[ ] Training Records   [X] Other **11/25/06 CR**

**REPORTS:**
[X] Case Report (RD File)   [X] Battery on P/O   [X] Inventory Slip   [X] Crime Lab Reports
[X] Area (Det. Div) File   [X] Other **Photographs & TRRs**
RD# **HM-739910**   Date: **11/25/06** Location: _____ Time: _____

[ ] Case Report (RD File)   [ ] Battery on P/O   [ ] Inventory Slip   [ ] Crime Lab Reports
[ ] Area (Det. Div) File   [ ] Other _____
RD# _____   Date: _____ Location: _____ Time: _____

**COMPLAINT REVIEW/"U" FILES:**
CR# **11/25/06**   CR# _____   CR# _____   "U" File# _____
A&A Sheets for: Unit _____ Date(s) _____ Watch(es) _____
[ ] Other (Do not use this space for additional requests of the above-listed. Use additional sheets if necessary) _____

Requestor's Name **Jill White 4-6776**   Requestor's Signature *Jill White*

Division Chief's Name _____   Division Chief's Signature _____
(Division Chief approval REQUIRED for requests previously provided or requests needed in less than 14 days.)

CPD-12.131 (Rev. 8/00)

OFFICE OF LEGAL AFFAIRS
REQUEST FOR INFORMATION - DATE: 27 Dec 2007

TO:  30 North LaSalle Street, Room No. 1400
     Assigned ACC: J. ANTONUCCI-WHITE

FROM: Louisa Fahey
      Phone 745-6115     Pax 0484     Fax 745-6995

CASE: Jackson-Bey v. City          DOCKET NO.: 07 C 6514
RD#: _____                         JUDGE: _____

PLEASE FIND A COPY OF THE FOLLOWING DOCUMENTS

( )  PERMANENT RECORD COPY OF CB# (Front and Back)
( )  IR SHEET
( )  PERMANENT RECORD COPY OF RD FILE
(X)  MUGSHOTS (Two Copies) IR# 162211  CB 16728810
( )  ALL PHOTOGRAPHS IN RD FILE (Two Copies)
( )  BATTERY OF A POLICE OFFICER REPORT/TRR
(X)  CR FILE or "U" FILE# 1001561  OPEN IPRA
( )  MEDICAL RECORDS FOR:
     Name: _____    Star: _____

(X)  COMPUTER PRINTOUT OF PO'S COMPLIMENTARY/DISCIPLINARY HIST:
     Name: _____    Star: _____
     Louis Garcia
     Richard Antonsen

( )  PERSONNEL FILE FOR:
     Name: _____    Star: _____


( )  FBI SHEET
( )  FINGERPRINT PRINTOUT (CB#_____ and/or IR#_____
( )  LOCKUP KEEPER'S LOG/ROSTER OF PERSONS IN CUSTODY FOR_____
( )  INVENTORY SLIP # _____
( )  A & A SHEETS FOR_____ WATCH AT_____ DISTRICT_____ AREA
     FOR_____
( )  OTHER: _____


RECEIVED BY: _____    DATE: 1/3/08

PLEASE SIGN AND RETURN VIA INTER-DEPARTMENTAL MAIL TO THE OFFICE OF LEGAL AFFAIRS, UNIT 114, TO LOUISA FAHEY

# POLICE RECORD REQUEST TO THE OFFICE OF LEGAL AFFAIRS
OFFICE OF LEGAL AFFAIRS/CHICAGO POLICE DEPARTMENT

Attorney Work Product
Privileged and Confidential

To: Louisa Fahey



CASE NAME: Jackson-Bey      DOCKET NUMBER: 07 C 6514

DATE OF REQUEST: 3/18/08     DATE NEEDED: 4/8/08

**INDIVIDUALS:**
[ ] Arrest Report (both sides)   [ ] Criminal History   [ ] FBI Report   [ ] Mugshots (2 copies)
[ ] Lock-up Keeper Log   [ ] Fingerprint Printout   [ ] Other _____
Name (Last) _____ (First) _____ (MI) _____ Date of Birth: _____
[ ] Male   [ ] Female   Race _____   CB# _____   IR# _____
Location of Arrest: _____   Date of Arrest: _____   Time of Arrest: _____
(Use Military Time Only)

[ ] Arrest Report (both sides)   [ ] Criminal History   [ ] FBI Report   [ ] Mugshots (2 copies)
[ ] Lock-up Keeper Log   [ ] Fingerprint Printout   [ ] Other _____
Name (Last) _____ (First) _____ (MI) _____ Date of Birth: _____
[ ] Male   [ ] Female   Race _____   CB# _____   IR# _____
Location of Arrest: _____   Date of Arrest: _____   Time of Arrest: _____
(Use Military Time Only)

**POLICE OFFICERS:**
Name (Last) _____ (First) _____ (MI) _____ Star # _____ Unit _____ Rank _____
SSN _____   [ ] Personnel File   [ ] Medical File   [ ] Complimentary/Disciplinary History
[ ] Training Records   [ ] Other _____

Name (Last) _____ (First) _____ (MI) _____ Star # _____ Unit _____ Rank _____
SSN _____   [ ] Personnel File   [ ] Medical File   [ ] Complimentary/Disciplinary History
[ ] Training Records   [ ] Other _____

**REPORTS:**
[ ] Case Report (RD File)   [ ] Battery on P/O   [ ] Inventory Slip   [ ] Crime Lab Reports
[ ] Area (Det. Div) File   [ ] Other _____
RD# _____   Date: _____   Location: _____   Time: _____

[ ] Case Report (RD File)   [ ] Battery on P/O   [ ] Inventory Slip   [ ] Crime Lab Reports
[ ] Area (Det. Div) File   [ ] Other _____
RD# _____   Date: _____   Location: _____   Time: _____

**COMPLAINT REVIEW/"U" FILES:**
★ CR# 307379   CR# _____   CR# _____   "U" File# _____
A&A Sheets for: Unit _____ Date(s) _____ Watch(es) _____
[ ] Other (Do not use this space for additional requests of the above-listed. Use additional sheets if necessary) _____

Requestor's Name: Jill White 4-6776     Requestor's Signature: _____

Division Chief's Name _____     Division Chief's Signature _____
(Division Chief approval REQUIRED for requests previously provided or requests needed in less than 14 days.)

CPD-12.131 (Rev. 8/00)

OFFICE OF LEGAL AFFAIRS
REQUEST FOR INFORMATION - DATE: 07 FEB 2008

TO:    30 North LaSalle Street, Room No. 1400
       Assigned ACC: J. ANTONUCCI-WHITE

FROM:  Louisa Fahey
       Phone 745-6115    Pax 0484    Fax 745-6995

CASE: Jackson-Bey v. City    DOCKET NO.: 07 C 6514
RD#:                         JUDGE:

PLEASE FIND A COPY OF THE FOLLOWING DOCUMENTS

(X) PERMANENT RECORD COPY OF CB# (Front and Back) 16727171 & 16661723
(X) IR SHEET 1625028
( ) PERMANENT RECORD COPY OF RD FILE
(X) MUGSHOTS (Two Copies) IR# 1625028 CB 16727171 & 16661723
( ) ALL PHOTOGRAPHS IN RD FILE (Two Copies)
( ) BATTERY OF A POLICE OFFICER REPORT/TRR
(X) CR FILE or "U" FILE# 1001561  OPEN IPRA
( ) MEDICAL RECORDS FOR:
    Name:         Star:

( ) COMPUTER PRINTOUT OF PO'S COMPLIMENTARY/DISCIPLINARY HIST:
    Name:         Star:

( ) PERSONNEL FILE FOR:
    Name:         Star:

( ) FBI SHEET                16661723
(X) FINGERPRINT PRINTOUT (CB# 16727171) and/or IR# 1625028
( ) LOCKUP KEEPER'S LOG/ROSTER OF PERSONS IN CUSTODY FOR
( ) INVENTORY SLIP #
( ) A & A SHEETS FOR____ WATCH AT____ DISTRICT____ AREA
    FOR
( ) OTHER:

RECEIVED BY: _____    DATE: 2/8/08

PLEASE SIGN AND RETURN VIA INTER-DEPARTMENTAL MAIL TO THE OFFICE OF LEGAL AFFAIRS, UNIT 114, TO LOUISA FAHEY