# EXHIBIT D

RECEIVED
IND. DEFENSE LITIGATION

2008 JUN -4  PM 1:02

BY_____

CR# 1001561

ATTN: Naomi Avendano
Corp. Counsel
30 N. LaSalle
14th FL

**Brenton M. Williams**
General Counsel

Independent Police Review Authority
12th Floor
10 West 35th Street
Chicago, Illinois 60616

City of Chicago

312 745-3609

312 745-3591 (FAX)
brenton.williams@iprachicago.org

Recycled Paper

**OFFICE OF PROFESSIONAL STANDARDS**
**CHICAGO POLICE DEPARTMENT**

Citizen Interview Report

Date 25 NOV 06

CR / U / EO #100156 1

_✓_Complainant __Victim __Witness (check one)          ___Telephone     ✓ In-Person

| Name of Person Interviewed | SS#/Form of ID | Sex | Race | Date of Birth |
|---|---|---|---|---|
| Clifford Jackson BAY | | M | BL | 16 May 46 |

| Address | Telephone No. | Work or Other Contact No. |
|---|---|---|
| 8920 S MACKINAW | 773-374-0685 | — |

| Location of Incident | Date of Incident | Time of Incident |
|---|---|---|
| 7920 S Mackinaw | 25 NOV 06 | 1614 |

| Location of Interview | Time of Interview |
|---|---|
| 8012 S Crandon | 2100 hr |

| Investigator | Other Person(s) present |
|---|---|
| Reynolds 805 | |

The following is in essence but not verbatim a summary statement taken of the above named person relative to allegation(s) of misconduct by a Chicago Police Department member.

Mr Jackson-Bay related that on the evening of 25 Nov 06. at approximately 1600 hr he entered his residence and went to his bedroom. While in his bedroom along with his wife Anise Jackson-Bay, Mr Jackson-Bay heard the knocking at the side door of his residence slam shut, and his dog barking. Mr Jackson-Bay exited his bedroom and went to the side door. As he approached the door, Mr Jackson-Bay observed 2 male white plain clothes officers and one male Hispanic plain clothes officer at the door. With their guns drawn and pointed at the door. One of the male white officers instructed Mr Jackson-Bay to place the dogs out of the way. to accompany Mr Jackson Bay, placed one dog in a cage in living room, and a second the dog was placed in the bedroom.

LOG # 100156
ALL # 6

**OFFICE OF PROFESSIONAL STANDARDS**

Statement of JACKSON Bay

After placing the dog in the cage, Mr. Jackson-Bay looked out of his front window and observed several police officers standing in his front yard. Mr. Jackson-Bay opened the front door, and asked one of the officers (male white) "What's the problem." The officer informed Mr. Jackson-Bay, that they were looking for someone that ran into his residence. Suddenly, the officer stated "You know who the fuck we looking for he ran into your house." Mr. Jackson-Bay replied "Who where one of the boys ran into the house." Suddenly the officer ~~stated~~ grabbed Mr. Jackson-Bay the arm and stated "you are going to get him out of there, or we will get you for harboring a man with a warrant." Suddenly, the Hispanic officer yelled "Cops him." The officer handcuffed Mr. Jackson-Bay and placed him in the rear of the unmarked police unit. While sitting handcuffed in the rear of the vehicle, Mr. Jackson-Bay, observed the Hispanic officer standing on his front porch banging on the front door. Suddenly the Hispanic stopped banging, turned and ran off the front porch toward Mr. Jackson-Bay who was sitting in the rear of the unit. The Hispanic officer approached the vehicle, whose rear door was partially open (passenger side) reached inside and ~~physical~~ jumped on Mr. Jackson-Bay. Mr. Jackson-Bay leaned to the left and the Hispanic officer, straddled

LOG# 1001561
ARK# 6

**OFFICE OF PROFESSIONAL STANDARDS**

Statement of _Mason Bey_

Page 3 of 1

CR/U/EO _1001561_

him and punch him about the head, shoulder and body. Mr Jackson-Bey began to yell, and the Hispanic Officer then curse at him, referring to Mr Jackson-Bey as a "Muslim Bitch". Suddenly the other Hispanic Officer action ceased.

Moments later Officers removed Mr Jackson-Bey from the unmarked vehicle and placed him in a blue + white. Officers transported Mr Jackson-Bey to the 004th District Station.

Mr Jackson-Bey related that he is unsure of any possible witness to the incident.

Mr Jackson Bey related that he sustain soreness about the head and back.

Mr Jackson Bey further related that at no time did he attempt to obstruct the officer from entering the residence, nor did he slam a door causing the officer to cut his hand. No officer on the scene utered any type of take down technique to secure Mr Jackson-Bey. Mr Jackson Bey was not hit in the face

Mr Jackson Bey stated that while at the Station the Hispanic officer stated "I got to do something I've never done before. I have to live with myself. I have to sleep at night, I owe you an apology, I lost my temper and things went further than they were suppose to go.

LOG# 1001561
Att# 6

OFFICE OF PROFESSIONAL STANDARDS

Statement of *Jacksn-Bey*

Page ___4___ of ___4___

CR / U / EO *1001561*

I have never apology before. I have honey in the area.

Mr Jackson-Bey related that he is able to read, write and understand The English language.

After reading this statement of 4 pages a being provided the opportunity to make corrections, additions and deletions - I find it to be a true statement of my interview I have agreed -

*[signature]* 11-25-06
10.31

LOT # 1001561
ALL # 6

## SWORN AFFIDAVIT FOR COMPLAINT REGISTER INVESTIGATION
CHICAGO POLICE DEPARTMENT

STATE OF ILLINOIS )
                  ) CC
COUNTY OF COOK    )

| Location of Incident 8920 S. Mackinaw | Date 26 Nov 06 | Time 22-31 |
|---|---|---|

I, _Clifford Jackson Bey_ hereby state as follows:

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, I certify that the allegations set forth in my complaint are true and correct, except as to any matters therein stated to be on information and belief and as to such matters, I certify as aforementioned that I verily believe the same to be true.

_Clifford Jackson Bey_
Print Complainant's Name

_Kym Bey_
Print Witness's Name

X _Clifford Jackson Bey_
Complainant's Signature

_Kym Bey_
Witness's Signature

_11-25-06_
Date

_26 Nov 06_
Date

CPD-44.126 (Rev. 6/05)

Attachment     7

to.  _10015361_