# EXHIBIT E

```
MESSAGE CONFIRMATION                          JUN-04-2008 02:39 PM WED

                                      FAX NUMBER   :  3127446566
                                      NAME         :  IDL


NAME/NUMBER     :   913126970812
PAGE            :   7
START TIME      :   JUN-04-2008 02:37PM WED
ELAPSED TIME    :   02'14"
MODE            :   STD ECM
RESULTS         :       [ O.K ]
```



**City of Chicago**
Richard M. Daley, Mayor

**Department of Law**

Mara S. Georges
Corporation Counsel

Individual Defense Litigation
Suite 1400
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 742-6433
(312) 744-6566 (FAX)
(312) 744-9104 (TTY)

http://www.cityofchicago.org

June 4, 2008

via U.S. Mail and facsimile transmission

Kevin Peters
Attorney at Law
407 S. Dearborn, Ste. 1675
Chicago, IL 60606

Re:   Jackson-Bey v. City of Chicago, et al.; 07 C 6514

Dear Counsel:

Please find attached Plaintiff's statement to the Office of Professional Standards on November 25, 2006. This statement was delivered to my Deputy by the General Counsel for the Independent Police Review Board, Brenton Williams, personally, today at 1:02 p.m. This statement was given to me in response to my Deputy's personal phone-call to the General Counsel of IPRA on June 2, 2008, as I amicably agreed would be made after you walked out with Plaintiff during his deposition for the purpose of not having Plaintiff's statement that you or your client knew about since November 25, 2006.

Moreover, as you no longer agree to extend discovery for the limited purpose of taking Plaintiff's deposition as was agreed to on the record at the start of Garcia's deposition as the condition for me agreeing allow my clients to be deposed, I am filing a motion to compel Plaintiff's deposition and extend discovery for the limited purposes of taking Plaintiff's deposition today.

Further, on a personal note, I would appreciate if we could proceed in this case and other cases we may have in the future without you sarcastically calling me a "real good attorney" in front of my clients, accusing me of deliberately withholding evidence, and putting your fingers in your ears and stating "I'm not listening, I'm not listening" as I try to respond to your accusations made without substance for a record that you insisted on making.

If you have any questions or concerns, please address me by letter from this point forward.

Sincerely,

David Selmer
Assistant Corporation Counsel


