IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFFORD JACKSON-BEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 07 C 6514 |
| | ) | |
| v. | ) | |
| | ) | JUDGE DARRAH |
| THE CITY OF CHICAGO, ET AL., | ) | |
| | ) | MAGISTRATE JUDGE BROWN |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Thomas Peters
      Peters & Peters
      407 S. Dearborn, Ste. 1675
      Chicago, IL 60605

**PLEASE TAKE NOTICE** that I shall appear before the Honorable Judge Darrah, or before such other judge sitting in his place, on the **11th day of January, 2008, at 9:00 a.m.,** and then and there present the attached motion.

**DATED** this 4th day of June, 2008

                                                    Respectfully submitted,

                                                    /s/ David Selmer
                                                    DAVID N. SELMER
30 N. LaSalle Street, Suite 1400                    Assistant Corporation Counsel
Chicago, Illinois 60602
(312) 744-6905
(312) 744-6566 (Fax)