# EXHIBIT A

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD JACKSON BEY,<br>Plaintiff,<br><br>vs.<br><br>OFFICERS L.J. GARCIA, STAR #16093,<br>R. ANTONSEN, STAR #19692, and<br>THE CITY OF CHICAGO,<br>Defendants. | ) No. 07 C 6514<br>)<br>)<br>) Judge John W. Darrah<br>)<br>) Jury Demanded<br>)<br>)<br>) |

## PLAINTIFFS' RULE 26(a)(1) DISCLOSURES

(1)    Initial Disclosures

(A) The name and, if known, the address and phone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.

**RESPONSE:** Any and all individuals named in police documents, and/or in transcripts of any criminal court proceedings tendered by plaintiffs to defendants on January 16, 2008. Bates stamped pages 000001 - 000124.

(B) A copy of, or description by category and location of, all documents data compilations and tangible things in the possession, custody or control of the party that are relevant to disputed facts alleged with particularity in the pleadings:

**RESPONSE:** See previously tendered Bates stamped documents 000001 - 000124.

(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying is under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including material bearing on the nature and extent of injuries suffered.

**RESPONSE:** Plaintiffs damages consist of his time in custody, the pain and suffering inflicted by the defendant officers, the humiliation of being beaten and arrested in his own home in front of family members, attorneys fees, and the humiliation plaintiff suffered within the Muslim community.

(D) For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part of or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy judgment.

**RESPONSE:** None.

(2) Disclosure of Expert Testimony

(A) In addition to the disclosures required by paragraph (1), a party shall disclose to other parties the identity of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.

**RESPONSE:** None at this time.

Respectfully Submitted,

*/s/ Kevin Peters*

THOMAS PETERS
KEVIN PETERS
Attorneys for Plaintiff
407 S. Dearborn, Suite 1675
Chicago, Illinois 60605
312-697-0022

KEVIN PETERS
ATTORNEY AT LAW
SUITE 1675
407 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60605
TELEPHONE (312) 697-0022
FAX: (312) 697-0812

---

## FAX COVER SHEET

DATE: 1/16/08

TO FAX NO: 744-6566

ATTENTION: DAVID SELMER ASSIST CORP. COUNSEL

FROM: Kevin Peters

NUMBER OF PAGES TO FOLLOW: 3

OUR FAX NO. (312) 697-0812

PHONE NO. (312) 697-0022

ANY PROBLEM IN TRANSMISSION, CONTACT:

Re: JACKSON-BEY  07C 6514
    26(A)(1) DISCLOSURES

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS ATTORNEY-PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS LISTED ABOVE VIA UNITED STATES MAIL. THANK YOU.