# EXHIBIT B

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD JACKSON-BEY, ) | |
|   Plaintiffs, ) | |
| ) | |
| v. ) | No. 07 C 6514 |
| ) | |
| OFFICERS L.J. GARCIA, STAR #16093, ) | |
| R. ANTONSEN, STAR #19692, and ) | |
| THE CITY OF CHICAGO, ) | Jury Demand |
|   Defendants. ) | |

### PLAINTIFF'S ANSWERS TO DEFENDANTS INTERROGATORIES

NOW COMES plaintiff, CLIFFORD JACKSON-BEY, through his attorneys, THOMAS PETERS and KEVIN PETERS, and pursuant to Illinois Supreme Court Rule 213, answers the Defendants' interrogatories as follows:

1. State your full name and all other names, nicknames or street names that you have ever used, as, well as your current residence address and all residential addresses within the last ten (10) years, date and place of birth, marital status, name of spouse, any divorces, when and to whom, driver's license number and issuing state, and social security number.

**ANSWER:**   Clifford Jackson-Bey
Clifford Jackson
8700 S. Burly
Chicago, IL 60617
8/07 – present

8920 S. Mackinaw
Chicago, IL 60617
6/1/88 – 7/31/07

D.O.B. 5/16/46

        Single
        Twice divorced
            Vimatice     divorced 1974-1975
            Anise        divorced 1983

        D.L. J251-1004-6140
        S.S. 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

2.    List each high school, college, university, graduate school, trade or technical school which you have attended and, with respect to each school, state:

    (a)    your dates of attendance;
    (b)    the degrees or certificates, if any, you received;
    (c)    the dates of each such degree or certificate; and
    (d)    whether you were ever the subject of any disciplinary proceeding(s) in any of the schools.

**ANSWER:** Bowen High School
1960
I received my GED 1982
University of Wisconsin (Madison)
Associates Degree 1982

Olive Harvey, Chicago, IL
Photography 1989 – early 1990s

Roosevelt University
Graduate of Paralegal Program 1985

3.    State the full name and current residence address of each person who witnessed or claims to have witnessed the occurrence that is the subject of this suit (hereinafter referred to simply as the occurrence), and who claims to have been present at the scene immediately before, and/or immediately after the occurrence, and designate each such witness accordingly.

**ANSWER:** a) Janice Smith, current address unknown

           b) Sidney Johnson, current address unknown

           c) Jimmie Robinson, current address unknown

2

      d) Renoir Seals, current address unknown

      e) Keith Robinson, current address unknown

      f) John Henry Wardell, current address unknown

      g) Donald Griffin, current address unknown

      h) Jack Creighton, current address unknown

      i) Pat Robinson, current address unknown

      j) Bill Glaze, current address unknown

4. For any witness listed in your answer to interrogatory number 3, state:
   (a) for how long you have known that person;
   (b) how you came to know that person;
   (c) how frequently you associate with that person;
   (d) a definition of your relationship with that person;
   (e) whether you share any financial interests with that person, including but not limited to bank accounts, loans, financial investments, mortgages, leases, or payments owned on an asset;
   (f) the details of any conversation or other communication you had with that person in regards to this case;
   (g) How you learned that they had knowledge of the occurrence.

**ANSWER:** Known of them for years, neighborhood, friend, no financial interest, either I saw them during the occurrence or I was later informed that they witnessed what occurred outside my house.

5. With respect to any police personnel who you claim acted improperly or illegally during the incident complained of in your Complaint, for each state:

   (a) each action or failure to act which subjects each officer to liability;
   (b) the nature of the injury you suffered as a result fo that individual officer's conduct;
   (c) a description of the offending officer's gender, race, height, weight or build, facial hair, glasses and whether the officer was wearing a uniform;
   (d) the physical contact that occurred between you and that officer

3

    which you allege was improper;
 (e) whether you used any force on any officer present and if so describe that force and identify that officer insofar as you are able

**ANSWER:** Officers Garcia and Antonsen both had their guns drawn and pointed at me through the side door of my residence and threatened to kill my dogs and myself. I was falsely charged with battery and obstructing. I did not obstruct the officers nor did I battery or even attempt to batter either of the officers. My attorneys will decide what actions they believe the officers are liable. I suffered a knot on the right side of my head, bruising to face, scratches on the right side of my head, back pain from a knee to the back, I was on pain relief for 3 weeks. One officer was a male, short, medium built, white, the other officer was taller, male, husky build, hispanic. They were both in plain clothes. The physical contact that was improper was that Officer Garcia beat me while cuffed and seated in the back of a squad. Garcia punched me numerous times about the head and body and he kneed me in my back while cuffed.

 6. As a result fo the occurrence, were you made a defendant in any criminal case? If so, for each state the court, the caption, the case number, the charge or charges filed against you, the name of your legal counsel you retained, if any, and whether you pleaded guilty thereto and the final disposition(s).

**ANSWER:** Yes, see previously tendered copy of the criminal court file Bates stamped 00001 – 00012.

 7. Describe the personal injuries sustained by you as a result of the occurrence, including nature, extent and duration.

**ANSWER:** See answer to number 5 above.

 8. With regard to your injuries, state:
  (a) The name and address of each hospital or clinic attended;
  (b) The name and address of each attending physician and/or health care professional;
  (c) The name and address of each consulting physician and/or health care professional;
  (d) The name and address of each person and/or laboratory taking any X-ray, MRI and/or other radiological tests of you;
  (e) The date or inclusive dates on which each of them rendered you service;
 (f) The amounts to date of their respective bills for service; and
 (g) From which of them you have written reports.

4

**ANSWER:** South Shore Hospital while I was in custody. 8012 S. Cranden, Chicago, IL.

9. For each occupation or job you have held during the last five years, please state the full name and address of each employer, the dates of commencement and termination, a brief description of the services or work performed, the weekly average wages or earning and the annual income as reported to the Internal Revenue Service (IRS) for the last 3 calendar years. If you were unable to work as a result of any claimed injuries in this occurrence, please provide the dates you were unable to work and the amount of wage and/or income loss claimed by you.

**ANSWER:** Paralegal, self-employed 23 years, investigation, pretrial case preparation, photos, interviews, measurements, locating witnesses, legal research. I worked for numerous criminal defense attorneys. Between $13,000 – $15,000 per year.

10. State any and all other expenses and/or losses you claim as a result of the occurrence. As to each expense and/or loss, state the date or dates it was incurred, the name of the person, firm and/or company to whom such amount are owed, whether the expense and/or loss in question has been paid and, if so, by whom it was so paid, and describe the reason and/or purpose for each expense and/or loss.

**ANSWER:** I was fortunate enough to have Mr. Willis represent me in exchange for my investigative services at a later date.

11. Had you suffered any personal injury or prolonged, serious and/or chronic illness prior to the date of the occurrence? If so, state when and how you were injured and/or ill, where you were injured and/or ill, describe the injuries and/or illness suffered, and state the name and address of each physician, or other health care professional, hospital and/or clinic rendering you treatment for each injury and/or chronic illness, specifically describe any scars or permanent effects from the prior injury.

**ANSWER:** No.

12. Are you claiming any psychiatric, psychological and/or emotional injuries as a result of this occurrence: If so, state:

    (a) The name of any psychiatric, psychological and/or emotional injury claimed, and the name and address of each psychiatrist, physician, psychologist, therapist or other health care professional rendering you treatment for each injury;

    (b) Whether you had suffered any psychiatric, psychological and/or

5

      emotional injury prior to the date of the occurrence; and

(c) If the answer to (b) is yes, please state when and the nature of any address of each psychiatrist, physician, psychologist, therapist or other health care professional rendering you treatment for each injury.

(d) Any other steps you have taken to ameliorate the psychiatric, psychological and/or emotional injuries you are claiming resulted from this occurrence

(e) Who you spoke to, if anyone, about the psychiatric, psychological and/or emotional injuries you are claiming resulted from this occurrence.

**ANSWER:** I have not sought out psychiatric or psychological professional help, however, I do suffer occasional emotional distress from the occurrence.

13. Have you ever been involved in any civil action, including workers' compensation actions and child custody disputes, either as a defendant or plaintiff? If so, state:

(a) The date, court and docket number of each action filed;
(b) The name of the parties involved and the attorneys representing each party;
(c) Describe the nature of each such action;
(d) The disposition of each such action whether or not there was an appeal, and if so, the result thereof, including the name and citation of each case; and
(e) The amount of any settlement or judgment obtained in each such case.

**ANSWER:** Yes, my two divorces mentioned in answer to question number 1 above and one false arrest charge about 7-10 years ago.

14. Have you (or has anyone acting on your behalf) had any conversations or do you know of any statements, with or by any person at any time with regard to the manner in which the occurrence complained of occurred, or have you overheard any statements made by any person at any time with regard to the injuries complained of by plaintiff or to the manner in which the occurrence complained of occurred? If the answer to this interrogatory is yes, state the following:

(a) The date or dates of such conversations and/or statements;
(b) The place of such conversations and/or statements;

6

 (c) All persons present for the conversations and/or statements;
 (d) The matters and things stated by the person in the conversations and/or statements;
 (e) Whether the conversations were oral, written and/or recorded; and
 (f) Who has possession of the statements if written and/or recorded.

**ANSWER:** No written statements, however, investigation continues.

15. Had you consumed any alcoholic beverage or street or illegal drugs within 12 hours immediately prior to the occurrence? If so, state the names and addresses of those from whom it was obtained, when and where it was consumed, the particular kind and amount of alcoholic beverage or drug so consumed by you, and the name and current residence address of all persons known by you to have knowledge concerning that consumption of alcoholic beverages and/or drugs.

**ANSWER:** No.

16. Have you ever been arrested, detained, or cited for any crime (including any traffic offenses or ordinance violations) in Illinois and/or elsewhere? If so, for each, please state:

 (a) The date, location and the arresting law enforcement agency for each incident;
 (b) The charge(s) placed against you;
 (c) The name and location of each court where you were prosecuted.
 (d) The court file number (i.e., docket number);
 (e) The disposition of the case;
 (f) And any and all fines or sentences imposed; and
 (g) The name and address of any attorneys who represented you.

**ANSWER:** See my C.P.D. B of I Rap sheet for I.R. number 162211. I was convicted 30 years ago in Federal Court Northern District of Illinois, Eastern Division.

17. Had you used any prescription drugs or medications within 24 hours immediately prior to the occurrence? If so, state the names and address of those from whom it was obtained, where it was used, the particular kind and amount of drug or medication so used by you, and the names and current residence addresses of all persons known by you to have knowledge concerning the use of said drug or medication.

**ANSWER:** I take daily blood pressure and cholesterol medication and I had that.

7

18. Are you currently or have you ever received any disability benefits for any physical, mental or emotional illness, or injury from any source, including but not limited to, a private employer, a private insurer, the Social Security Administration, the Illinois Department fo Public Aid, etc.? If so, list as to each benefit:

  (a) The subject matter on which the opinion/expert witness is expected to testify;
  (b) The conclusions and/or opinions of the opinion/expert witness and the basis therefore, including reports of the witness, if any;
  (c) The qualifications of each opinion/expert witness, including a *curriculum vitae* and/or resume, if any; and
  (d) The identity of any written reports of the opinion/expert witness regarding this occurrence.

**ANSWER:** No.

19. Provide the name and address of each opinion/expert witness who will offer any testimony and state:

  (a) The subject matter on which the opinion/expert witness is expected to testify;
  (b) The conclusions and/or opinions of the opinion/expert witness and the basis therefore, including reports of the witness, if any;
  (c) The qualifications of each opinion/expert witness, including a *curriculum vitae* and/or resume, if any; and
  (d) The identity of any written reports of the opinion/expert witness regarding this occurrence.

**ANSWER:** My attorneys will determine if any expert will be used. At this time no expert has been retained.

20. Identify any statements, information and/or documents known to you and requested by any of the foregoing interrogatories which you claim to be work product or subject to any common law or statutory privilege, and with respect to each interrogatory, specify the legal basis for the claim as required by Federal Rule of Civil Procedure 33.

**ANSWER:** See previously tendered Bates stamped pages 000001 – 000124.

21. List all people that resided with you on the date of the incident.

**ANSWER:** Anise Sanders-Bey

8

    Taariq Jackson-Bey
    Jesus Jackson-Bey
    Juwairiyyah Jackson-Bey
    Jameelah Jackson-Bey
    Khaleeq Jackson-Bey

  22. If you are aware of the existence of documents or things responsive to requests to produce but are not in possession or exclusive control of the documents, please identify those documents, how you learned of their existence, where you believe they are located, who you believe to have control over them, and when the last time you had any conversation regarding or contact with those documents or things.

**ANSWER:** None known at this time. Investigation continues.

            _____
            CLIFFORD JACKSON-BEY

Signed and sworn to before me
on this _____ day of _____, 2008.

_____
NOTARY PUBLIC