# EXHIBIT C

# KEVIN PETERS

ATTORNEY AT LAW
SUITE 1675
407 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60605
TELEPHONE (312) 697-0022
FAX (312) 697-0612

TO: David Selmer
Assistant Corporation Counsel

FROM: Kevin Peters

DATE: June 5, 2008

RE: Jackson-Bey 07 C 6514

VIA FACSIMILE (312) 744-6566 and U.S. MAIL

Defendants have never answered Plaintiff's request to produce. The request to produce was sent with a cover letter on February 5, 2008.

Additionally, Plaintiff is supplementing his Rule 26(a) disclosures and answer to number three of his interrogatories by adding the following people referenced in your client Antonsen's deposition and already listed in Plaintiff's answers to interrogatories at number 21:

    Anise Sanders-Bey
    Taariq Jackson-Bey
    Jesus Jackson-Bey
    Juwairiyyah Jackson-Bey
    Jameelah Jackson-Bey
    Khaleeq Jackson-Bey

Further, your recollection of the conversation that took place at the end of your client's deposition is interesting but not accurate. Regarding my calling you a "real good attorney" in a sarcastic manner, if you can't take it, don't dish it out.

Have a wonderful day!