IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFFORD JACKSON-BEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:  07 C 6514 |
| | ) | |
| v. | ) | |
| | ) | JUDGE DARRAH |
| THE CITY OF CHICAGO, ET AL., | ) | |
| | ) | MAGISTRATE JUDGE BROWN |
| Defendants. | ) | |

### NOTICE OF MOTION

To:   Kevin Peters
    Attorney at Law
    407 S. Dearborn, Ste. 1675
    Chicago, IL 60605

**PLEASE TAKE NOTICE** that I shall appear before the Honorable Judge Darrah, or before such other judge sitting in his place, on the **26th day of June, 2008, at 9:00 a.m.,** and then and there present the attached **MOTION TO BAR PLAINTIFF'S SIXTEEN WITNESSES NOT PROPERLY OR TIMELY DISCLOSED.**

**DATED** this 12th day of June, 2008

                                        Respectfully submitted,

                                        /s/ David Selmer
                                        DAVID N. SELMER
30 N. LaSalle Street, Suite 1400        Assistant Corporation Counsel
Chicago, Illinois 60602
(312) 744-6905
(312) 744-6566 (Fax)