IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD JACKSON-BEY,<br>    Plaintiffs,<br><br>v.<br><br>OFFICERS L.J. GARCIA, STAR #16093,<br>R. ANTONSEN, STAR #19692, and<br>THE CITY OF CHICAGO,<br>    Defendants. | )<br>)<br>)<br>) No. 07 C 6514<br>)<br>) Honorable John Darrah,<br>) Presiding<br>)<br>) |

## EXHIBIT 1

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CLIFFORD JACKSON-BEY,    )
    Plaintiffs,    )
        )
        ) No. 07 C 6514
v.    )
        )
OFFICERS L.J. GARCIA, STAR #16093,    )
R. ANTONSEN, STAR #19692, and    )
THE CITY OF CHICAGO,    ) Jury Demand
    Defendants.    )

## PLAINTIFF'S ANSWERS TO DEFENDANTS INTERROGATORIES

NOW COMES plaintiff, CLIFFORD JACKSON-BEY, through his attorneys, THOMAS PETERS and KEVIN PETERS, and pursuant to Illinois Supreme Court Rule 213, answers the Defendants' interrogatories as follows:

1. State your full name and all other names, nicknames or street names that you have ever used, as, well as your current residence address and all residential addresses within the last ten (10) years, date and place of birth, marital status, name of spouse, any divorces, when and to whom, driver's license number and issuing state, and social security number.

**ANSWER:**  Clifford Jackson-Bey
              Clifford Jackson
              8700 S. Burly
              Chicago, IL 60617
              8/07 – present

              8920 S. Mackinaw
              Chicago, IL 60617
              6/1/88 – 7/31/07

              D.O.B. 5/16/46

Single
Twice divorced
    Vimatice    divorced 1974-1975
    Anise    divorced 1983

D.L. J251-1004-6140
S.S. 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

2. List each high school, college, university, graduate school, trade or technical school which you have attended and, with respect to each school, state:

    (a) your dates of attendance;
    (b) the degrees or certificates, if any, you received;
    (c) the dates of each such degree or certificate; and
    (d) whether you were ever the subject of any disciplinary proceeding(s) in any of the schools.

**ANSWER:** Bowen High School
1960
I received my GED 1982
University of Wisconsin (Madison)
Associates Degree 1982

Olive Harvey, Chicago, IL
Photography 1989 – early 1990s

Roosevelt University
Graduate of Paralegal Program 1985

3. State the full name and current residence address of each person who witnessed or claims to have witnessed the occurrence that is the subject of this suit (hereinafter referred to simply as the occurrence), and who claims to have been present at the scene immediately before, and/or immediately after the occurrence, and designate each such witness accordingly.

**ANSWER:** a) Janice Smith, current address unknown

    b) Sidney Johnson, current address unknown

    c) Jimmie Robinson, current address unknown

    d) Renoir Seals, current address unknown

    e) Keith Robinson, current address unknown

    f) John Henry Wardell, current address unknown

    g) Donald Griffin, current address unknown

    h) Jack Creighton, current address unknown

    i) Pat Robinson, current address unknown

    j) Bill Glaze, current address unknown

4. For any witness listed in your answer to interrogatory number 3, state:
  (a) for how long you have known that person;
  (b) how you came to know that person;
  (c) how frequently you associate with that person;
  (d) a definition of your relationship with that person;
  (e) whether you share any financial interests with that person, including but not limited to bank accounts, loans, financial investments, mortgages, leases, or payments owned on an asset;
  (f) the details of any conversation or other communication you had with that person in regards to this case;
  (g) How you learned that they had knowledge of the occurrence.

**ANSWER:** Known of them for years, neighborhood, friend, no financial interest, either I saw them during the occurrence or I was later informed that they witnessed what occurred outside my house.

5. With respect to any police personnel who you claim acted improperly or illegally during the incident complained of in your Complaint, for each state:

  (a) each action or failure to act which subjects each officer to liability;
  (b) the nature of the injury you suffered as a result fo that individual officer's conduct;
  (c) a description of the offending officer's gender, race, height, weight or build, facial hair, glasses and whether the officer was wearing a uniform;
  (d) the physical contact that occurred between you and that officer

3

        which you allege was improper;
(e) whether you used any force on any officer present and if so describe that force and identify that officer insofar as you are able

**ANSWER:** Officers Garcia and Antonsen both had their guns drawn and pointed at me through the side door of my residence and threatened to kill my dogs and myself. I was falsely charged with battery and obstructing. I did not obstruct the officers nor did I battery or even attempt to batter either of the officers. My attorneys will decide what actions they believe the officers are liable. I suffered a knot on the right side of my head, bruising to face, scratches on the right side of my head, back pain from a knee to the back, I was on pain relief for 3 weeks. One officer was a male, short, medium built, white, the other officer was taller, male, husky build, hispanic. They were both in plain clothes. The physical contact that was improper was that Officer Garcia beat me while cuffed and seated in the back of a squad. Garcia punched me numerous times about the head and body and he kneed me in my back while cuffed.

6. As a result fo the occurrence, were you made a defendant in any criminal case? If so, for each state the court, the caption, the case number, the charge or charges filed against you, the name of your legal counsel you retained, if any, and whether you pleaded guilty thereto and the final disposition(s).

**ANSWER:** Yes, see previously tendered copy of the criminal court file Bates stamped 00001 – 00012.

7. Describe the personal injuries sustained by you as a result of the occurrence, including nature, extent and duration.

**ANSWER:** See answer to number 5 above.

8. With regard to your injuries, state:
(a) The name and address of each hospital or clinic attended;
(b) The name and address of each attending physician and/or health care professional;
(c) The name and address of each consulting physician and/or health care professional;
(d) The name and address of each person and/or laboratory taking any X-ray, MRI and/or other radiological tests of you;
(e) The date or inclusive dates on which each of them rendered you service;
(f) The amounts to date of their respective bills for service; and
(g) From which of them you have written reports.

4

**ANSWER:**　South Shore Hospital while I was in custody. 8012 S. Cranden, Chicago, IL.

9.　For each occupation or job you have held during the last five years, please state the full name and address of each employer, the dates of commencement and termination, a brief description of the services or work performed, the weekly average wages or earning and the annual income as reported to the Internal Revenue Service (IRS) for the last 3 calendar years. If you were unable to work as a result of any claimed injuries in this occurrence, please provide the dates you were unable to work and the amount of wage and/or income loss claimed by you.

**ANSWER:**　Paralegal, self-employed 23 years, investigation, pretrial case preparation, photos, interviews, measurements, locating witnesses, legal research. I worked for numerous criminal defense attorneys. Between $13,000 – $15,000 per year.

10.　State any and all other expenses and/or losses you claim as a result of the occurrence. As to each expense and/or loss, state the date or dates it was incurred, the name of the person, firm and/or company to whom such amount are owed, whether the expense and/or loss in question has been paid and, if so, by whom it was so paid, and describe the reason and/or purpose for each expense and/or loss.

**ANSWER:**　I was fortunate enough to have Mr. Willis represent me in exchange for my investigative services at a later date.

11.　Had you suffered any personal injury or prolonged, serious and/or chronic illness prior to the date of the occurrence? If so, state when and how you were injured and/or ill, where you were injured and/or ill, describe the injuries and/or illness suffered, and state the name and address of each physician, or other health care professional, hospital and/or clinic rendering you treatment for each injury and/or chronic illness, specifically describe any scars or permanent effects from the prior injury.

**ANSWER:**　No.

12.　Are you claiming any psychiatric, psychological and/or emotional injuries as a result of this occurrence: If so, state:

    (a)　The name of any psychiatric, psychological and/or emotional injury claimed, and the name and address of each psychiatrist, physician, psychologist, therapist or other health care professional rendering you treatment for each injury;

    (b)　Whether you had suffered any psychiatric, psychological and/or

5

    emotional injury prior to the date of the occurrence; and
(c) If the answer to (b) is yes, please state when and the nature of any address of each psychiatrist, physician, psychologist, therapist or other health care professional rendering you treatment for each injury.
(d) Any other steps you have taken to ameliorate the psychiatric, psychological and/or emotional injuries you are claiming resulted from this occurrence
(e) Who you spoke to, if anyone, about the psychiatric, psychological and/or emotional injuries you are claiming resulted from this occurrence.

**ANSWER:** I have not sought out psychiatric or psychological professional help, however, I do suffer occasional emotional distress from the occurrence.

13. Have you ever been involved in any civil action, including workers' compensation actions and child custody disputes, either as a defendant or plaintiff? If so, state:

(a) The date, court and docket number of each action filed;
(b) The name of the parties involved and the attorneys representing each party;
(c) Describe the nature of each such action;
(d) The disposition of each such action whether or not there was an appeal, and if so, the result thereof, including the name and citation of each case; and
(e) The amount of any settlement or judgment obtained in each such case.

**ANSWER:** Yes, my two divorces mentioned in answer to question number 1 above and one false arrest charge about 7-10 years ago.

14. Have you (or has anyone acting on your behalf) had any conversations or do you know of any statements, with or by any person at any time with regard to the manner in which the occurrence complained of occurred, or have you overheard any statements made by any person at any time with regard to the injuries complained of by plaintiff or to the manner in which the occurrence complained of occurred? If the answer to this interrogatory is yes, state the following:

(a) The date or dates of such conversations and/or statements;
(b) The place of such conversations and/or statements;

6

    (c)    All persons present for the conversations and/or statements;
    (d)    The matters and things stated by the person in the conversations and/or statements;
    (e)    Whether the conversations were oral, written and/or recorded; and
    (f)    Who has possession of the statements if written and/or recorded.

**ANSWER:** No written statements, however, investigation continues.

15. Had you consumed any alcoholic beverage or street or illegal drugs within 12 hours immediately prior to the occurrence? If so, state the names and addresses of those from whom it was obtained, when and where it was consumed, the particular kind and amount of alcoholic beverage or drug so consumed by you, and the name and current residence address of all persons known by you to have knowledge concerning that consumption of alcoholic beverages and/or drugs.

**ANSWER:** No.

16. Have you ever been arrested, detained, or cited for any crime (including any traffic offenses or ordinance violations) in Illinois and/or elsewhere? If so, for each, please state:

    (a)    The date, location and the arresting law enforcement agency for each incident;
    (b)    The charge(s) placed against you;
    (c)    The name and location of each court where you were prosecuted.
    (d)    The court file number (i.e., docket number);
    (e)    The disposition of the case;
    (f)    And any and all fines or sentences imposed; and
    (g)    The name and address of any attorneys who represented you.

**ANSWER:** See my C.P.D. B of I Rap sheet for I.R. number 162211. I was convicted 30 years ago in Federal Court Northern District of Illinois, Eastern Division.

17. Had you used any prescription drugs or medications within 24 hours immediately prior to the occurrence? If so, state the names and address of those from whom it was obtained, where it was used, the particular kind and amount of drug or medication so used by you, and the names and current residence addresses of all persons known by you to have knowledge concerning the use of said drug or medication.

**ANSWER:** I take daily blood pressure and cholesterol medication and I had that.

7

18. Are you currently or have you ever received any disability benefits for any physical, mental or emotional illness, or injury from any source, including but not limited to, a private employer, a private insurer, the Social Security Administration, the Illinois Department fo Public Aid, etc.? If so, list as to each benefit:

    (a) The subject matter on which the opinion/expert witness is expected to testify;
    (b) The conclusions and/or opinions of the opinion/expert witness and the basis therefore, including reports of the witness, if any;
    (c) The qualifications of each opinion/expert witness, including a *curriculum vitae* and/or resume, if any; and
    (d) The identity of any written reports of the opinion/expert witness regarding this occurrence.

ANSWER: No.

19. Provide the name and address of each opinion/expert witness who will offer any testimony and state:

    (a) The subject matter on which the opinion/expert witness is expected to testify;
    (b) The conclusions and/or opinions of the opinion/expert witness and the basis therefore, including reports of the witness, if any;
    (c) The qualifications of each opinion/expert witness, including a *curriculum vitae* and/or resume, if any; and
    (d) The identity of any written reports of the opinion/expert witness regarding this occurrence.

ANSWER: My attorneys will determine if any expert will be used. At this time no expert has been retained.

20. Identify any statements, information and/or documents known to you and requested by any of the foregoing interrogatories which you claim to be work product or subject to any common law or statutory privilege, and with respect to each interrogatory, specify the legal basis for the claim as required by Federal Rule of Civil Procedure 33.

ANSWER: See previously tendered Bates stamped pages 000001 – 000124.

21. List all people that resided with you on the date of the incident.

ANSWER: Anise Sanders-Bey

Taariq Jackson-Bey
Jesus Jackson-Bey
Juwairiyyah Jackson-Bey
Jameelah Jackson-Bey
Khaleeq Jackson-Bey

22.  If you are aware of the existence of documents or things responsive to requests to produce but are not in possession or exclusive control of the documents, please identify those documents, how you learned of their existence, where you believe they are located, who you believe to have control over them, and when the last time you had any conversation regarding or contact with those documents or things.

**ANSWER:**  None known at this time.  Investigation continues.

_____
CLIFFORD JACKSON-BEY

Signed and sworn to before me
on this ___ day of _____ 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
MARIA G. PADILLA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-5-2011

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD JACKSON-BEY,<br>    Plaintiffs, | )<br>)<br>) |
| v. | ) No. 07 C 6514<br>) |
| OFFICERS L.J. GARCIA, STAR #16093,<br>R. ANTONSEN, STAR #19692, and<br>THE CITY OF CHICAGO,<br>    Defendants. | ) Honorable John Darrah,<br>) Presiding<br>)<br>) |

## EXHIBIT 2

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD JACKSON-BEY,<br>Plaintiffs,<br><br>v.<br><br>OFFICERS L.J. GARCIA, STAR #16093,<br>R. ANTONSEN, STAR #19692, and<br>THE CITY OF CHICAGO,<br>Defendants. | )<br>)<br>)<br>) No. 07 C 6514<br>)<br>)<br>)<br>) Jury Demand<br>) |

## PLAINTIFF'S ANSWERS TO DEFENDANT ANTONSEN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

NOW COMES plaintiff, CLIFFORD JACKSON-BEY, through his attorneys, THOMAS PETERS and KEVIN PETERS, and pursuant to Federal Rule of Civil Procedure 34(b)(2) answers the Defendants Request For Production of Documents as follows:

1. All documents relating to the occurrences alleged in the Complaint, including but not limited to, any and all statements, reports, photographs, audio or video tapes, investigative reports, court records, transcripts, orders, pleadings or any court papers, and/or opinions and statements of Plaintiff, any witness or police officer regarding each occurrence alleged in the Complaint.

**RESPONSE:** See previously tendered documents (January 14, 2008) Bates stamped 000001 - 000124.

2. All physical evidence regarding the incidents alleged in the Complaint, including but not limited to all pictures of you, color copies of the photographs disclosed to defendants in Plaintiff's 26(a)(1) Disclosures, and pictures, diagrams and plans of the location(s) of the incidents alleged in your complaint; all demonstrative aids prepared for use by you in this matter.

**RESPONSE:** Plaintiff has several photos that defendant may view at our office on some mutually agreeable date or instruct plaintiff where defendant would like the photos sent for duplication at defendant's expense.

3. All documents relating to your injuries and damages.

**RESPONSE:** See attached Group Exhibit A (13 pages) and answer to number 1 above.

4. All documents examined or relied on by any expert witnesses who will be called to testify at trial.

**RESPONSE:** None at this time.

5. All reports or opinions provided by any expert witnesses who will be called to testify at trial.

**RESPONSE:** None at this time.

6. A curriculum vitae for each and every expert who will be called to testify at trial and copies of all articles, reports or professional papers published by said expert and copies of any transcripts of deposition, trial or other testimony given by that expert.

**RESPONSE:** None at this time.

7. All documents relating to your present or past physical, mental or psychological condition including hospital and doctors' records, all doctors' reports (including reports prepared by any psychiatrist, psychologist, mental or other health care practitioner or facility), insurance claims made, drug tests taken, medical and mental health records and bills relating to your injuries and damages as well as prior medical and mental health history.

**RESPONSE:** See answers to numbers 1 and 3 above.

8. Any and all documents referred to or identified in response to the Interrogatories.

**RESPONSE:** See answers to number 1-3 above.

9. All documents relating to any conviction, arrest, traffic stop, detention,

2

commitment of you by any individual, governmental entity, juvenile authority or law enforcement agency, including but not limited to the Defendants, Chicago Police Department, Cook County, the State of Illinois, U.S. Marshals' Service and the Federal Bureau of Investigation (F.B.I.).

**RESPONSE:** Defendant has access to plaintiffs Chicago Police Department B of I Rap sheet for his I.R. number 162211 and the answer to number 16 of defendants interrogatories to plaintiff.

10. All documents relating to any civil action to which you have been a party in the past ten (10) years, including, but not limited to, depositions you have given and statements or affidavits you have signed under oath.

**RESPONSE:** None in my possession at this time.

11. All photographs, tapes (video and audio), slides, movies, pictures, drawings demonstrative aid or other depictions of: (a) the scene of any of the occurrences or incidents alleged in the complaint, (b) the plaintiff or witnesses; (c) any injuries or other damages alleged by you; (d) media or news reports relating to the incidents alleged in the Complaint; and (e) any other tangible objects involved.

**RESPONSE:** See answer to number 2 above.

12. All documents relating to any loss of income you allegedly sustained as a result of the incidents or injuries which form the basis for the Complaint, including, but not limited to, all W-2 forms and income tax returns filed by you for the period of time from and including January 1, 2002 to the present, and all documents reflecting employment attendance, sick days or vacation days taken from employment from and including January 1, 1996 to the present.

**RESPONSE:** Plaintiff objects to this request as being overly broad, unduly burdensome and not likely to lead to discoverable evidence. Plaintiff is not claiming loss earnings.

13. All documents relating to any insurance coverage you have or had for your alleged injuries, losses, or damages, including, but not limited to, policies, claim forms, correspondence, etc.

**RESPONSE:** See previously tendered items 000001 - 000124.

3

14. All documents relating to any of the Defendants, including files of the Defendants that you or your representatives have obtained in this litigation or at any time, excepting documents produced to you by Defendants.

**RESPONSE:**   Plaintiff has copies of the defendant officers CR complaints. See attached Group Exhibit B (5 pages).

15. All documents relating to communications or contacts which you or your representatives have had with any persons relating to the subject matter of the Complaint.

**RESPONSE:**   None at this time.

16. All documents relating to each and every allegation of the Complaint.

**RESPONSE:**   See previous answers to this request and plaintiff's answers to interrogatories.

17. All documents indicating the identity, location and telephone number of any witness to the alleged incidents.

**RESPONSE:**   See answers to interrogatories, police reports, and/or transcripts.

18. Any fliers, media reports, transcripts, or other documents including oral and written material that you helped create or distribute referencing the underlying incident including but not limited to tapes of any cable television shows in which you make reference to the incident and fliers that were distributed referencing this case on or near the courthouse prior to and/or after any trial regarding this matter.

**RESPONSE:**   A copy of a newspaper article was previously tendered in January of this year.

19. If you are aware of the existence of documents or things responsive to the above requests but are not in possession or exclusive control of the documents, please identify those documents, how you learned of their existence, where you believe they are located, who you believe to have control over them, and when the last time you had any conversation regarding or contact with those documents or things.

**RESPONSE:**   None at this time.

_Kevin Peters_ 4/15/08
~~CLIFFORD JACKSON-BEY~~

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD JACKSON-BEY,<br>    Plaintiffs,<br><br>v.<br><br>OFFICERS L.J. GARCIA, STAR #16093,<br>R. ANTONSEN, STAR #19692, and<br>THE CITY OF CHICAGO,<br>    Defendants. | )<br>)<br>)<br>) No. 07 C 6514<br>)<br>) Honorable John Darrah,<br>) Presiding<br>)<br>) |

## EXHIBIT 3

# KEVIN PETERS
ATTORNEY AT LAW
SUITE 1675
407 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60605
TELEPHONE (312) 697-0022
FAX (312) 697-0812

TO:     Arlene Martin
        David Selmer
        Corporation Counsel's Office

FROM:   Kevin Peters

DATE:   July 14, 2008

RE:     Jackson-Bey  07 C 6514

VIA FACSIMILE (312) 744-6566 and E-mail

To the best of his ability my client believes the below listed addresses are correct and current for the witnesses he previously listed in his answers to defendants interrogatories.

| Name | Address |
|---|---|
| Janice Smith | 8906 S. Mackinaw, Chicago, IL |
| Jimmy & Pat Robinson | 8907 S. Buffalo, Chicago, IL |
| Keith Robinson | 8946 S. Mackinaw, Chicago, IL |
| Renoir Seals | 8944 S. Mackinaw, Chicago, IL |
| Sidney Johnson | 8911 S. Buffalo, Basement Apt., Chicago, IL |
| Bill Glaze | 9127 S. Buffalo, Chicago, IL |
| Donald Griffin | 8736 S. Buffalo, Chicago, IL |

The zip code for all the above addresses is 60617.