IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD JACKSON-BEY,          ) | |
|     Plaintiffs,          ) | |
|          ) | |
|     v.          ) | No. 07 C 6514 |
|          ) | |
| OFFICERS L.J. GARCIA, STAR #16093,          ) | Honorable John Darrah, |
| R. ANTONSEN, STAR #19692, and          ) | Presiding |
| THE CITY OF CHICAGO,          ) | |
|     Defendants.          ) | |

## MOTION TO FILE INSTANTER

NOW COMES the Plaintiff, CLIFFORD JACKSON-BEY, by and through his attorneys, THOMAS PETERS and KEVIN PETERS, and respectfully asks this Honorable Court to grant him leave to file instanter his Response to Defendants' Motion to Bar Witnesses. In support thereof Plaintiff states:

1. Defendants filed a Motion to Bar on June 9, 2008, and noticed the Motion for June 26, 2008, at 9:00 a.m.

2. This Court then granted Plaintiff until July 24, 2008, to respond to Defendants' Motion.

3. Plaintiff's Response was prepared and ready to file on July 25, 2008.

4. Due to a miscommunication between Plaintiff's counsel and a member of their staff, Plaintiffs response was filed on July 31, 2008, without a Notice of Filing and

without a Motion to File Instanter.

5. On August 1, 2008, plaintiff's counsel, Thomas Peters, phoned one of the Defendants' counsel, Arlene Martin, and informed her of the mistake.

6. The e-filing system accepted Plaintiff's late filing without the Motion to File Instanter.

7. Plaintiff's counsel then phoned this court's minute clerk regarding the lack of Notice of Filing and Motion to File Instanter.

8. After that contact, Plaintiff's counsel again phoned Arlene Martin leaving a voice mail asking her to call Thomas or Kevin Peters.

9. On August 6, 2008, Kevin Peters received a voice mail from David Selmer, one of Defendants' counsel, in response to the voice mail left on Arlene Martin's phone.

10. In the voice mail of August 6, 2008, David Selmer indicated that he would wait for either Plaintiff to file a Motion to File Response Instanter or this Court's ruling on the Motion and Response.

11. On August 7, 2008, David Selmer filed Defendants' Motion to Strike Plaintiff's Response filed on July 31, 2008.

WHEREFORE, Plaintiff prays this Honorable Court will grant him leave to file his response instanter.

Respectfully submitted,

S/ Kevin Peters

                                        THOMAS PETERS  
                                        KEVIN PETERS  
                                        ATTORNEYS FOR PLAINTIFF  
                                        407 S. Dearborn St., Suite 1675  
                                        Chicago, IL 60605  
                                        (312) 697-0022