IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLIFFORD JACKSON-BEY, | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | ) No. 07 C 6514 |
| | ) |
| OFFICERS L.J. GARCIA, STAR #16093, | ) Honorable John Darrah, |
| R. ANTONSEN, STAR #19692, and | ) Presiding |
| THE CITY OF CHICAGO, | ) |
|    Defendants. | ) |

## NOTICE OF MOTION

TO:   See Attached Service List.

    PLEASE TAKE NOTICE that on Tuesday, August 19, 2008, I shall appear before the Honorable Judge John Darrah, in Room 1203 at 219 S. Dearborn, Chicago, Illinois, at 9:00 a.m., and then and there present the attached ***MOTION TO FILE INSTANTER.***

                                            S/ Kevin Peters
                                              THOMAS PETERS
                                              KEVIN PETERS
                                              ATTORNEY FOR PLAINTIFFS
                                              407 S. Dearborn, Suite 1675
                                              Chicago, IL 60605
                                              3l2-697-0022

**CERTIFICATE OF ELECTRONIC SERVICE**

  Pursuant to Local Rule 5.9, I hereby certify that I have caused to be filed and served in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing a copy of the aforementioned documents to counsel listed above on this 11th day of August, 2008.

                S/ Kevin Peters

## **SERVICE LIST**

Arlene Martin
Assistant Corporation Counsel
30 N. LaSalle St., Room 1400
Chicago, IL 60602

David Selmer
Assistant Corporation Counsel
30 N. LaSalle St., Room 1400
Chicago, IL 60602