IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFFORD JACKSON-BEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 07 C 6514 |
| | ) | |
| v. | ) | |
| | ) | JUDGE DARRAH |
| THE CITY OF CHICAGO, ET AL., | ) | |
| | ) | MAGISTRATE JUDGE BROWN |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE
TO PLAINTIFF'S MOTION FOR LEAVE TO FILE INSTANTER**

Defendants, the City of Chicago and Chicago Police Officers Louis Garcia and Richard Antonsen, ("Defendants"), by one of their attorneys, David Selmer, Assistant Corporation Counsel for the City of Chicago, respectfully request this Honorable Court denies Plaintiff's Motion to File Instanter and respond as follows:

1. One of the attorneys for Defendants, Arlene Martin, only recently filed her appearance on this matter and her role in this matter to date has been extremely limited. The undersigned, David Selmer, has been the acting lead counsel on this case since the original filing of the Complaint.

2. Plaintiff alleges in his motion to file instanter that he left a voicemail message for Martin on August 1, 2008, instructing her to call Plaintiff's counsel Kevin Peters or Thomas Peters. *Plaintiff's Motion* at ¶ 8.

3. For what, Plaintiff does not specify. *Id.*

4. Then Plaintiff alleges that on August 6, 2008, David Selmer contacted the Peters and informed them that "he would wait for either Plaintiff to file a Motion to File a Response Instanter or for this Court's ruling on the Motion and Response." *Id.* at ¶ 10.

5. Again Plaintiff does not specify as to what Selmer, the undersigned, agreed to wait. *Id.*

6. The purpose of this response is to clarify what was said in the voicemail message that Peters left and to clarify for what the undersigned agreed to wait in the response call.

7. The voicemail message left by Peters asked Martin if Defendants would agree to taking the depositions of the sixteen witnesses past the close of discovery.

8. The undersigned called Peters and stated he would not agree to deposing the sixteen witnesses after the close of discovery and that the depositions would be taken, if ever, after a ruling by this Court on the motion to bar and any motion to file instanter that Plaintiff would file.

9. The undersigned then filed his motion to strike Plaintiff's response as untimely. At no time did the undersign just agree to "wait" generally for this Court to rule or for Plaintiff to file the appropriate motion to file his response instanter.

10. To the extent Plaintiff's motion represents as much it is disingenuous.

**WHEREFORE**, Defendants the City of Chicago and Chicago Police Officers Louis Garcia and Richard Antonsen, deny Plaintiff's Motion to File Instanter and grant any other relief to Defendants that this Court deems appropriate.

Respectfully submitted,

/s/ David Selmer
DAVID N. SELMER
Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602