UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CLIFFORD JACKSON-BEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:  07 C 6514 |
| | ) | |
| v. | ) | |
| | ) | JUDGE DARRAH |
| THE CITY OF CHICAGO, ET AL., | ) | |
| | ) | MAGISTRATE JUDGE BROWN |
| Defendants. | ) | |

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

TO:   All counsel of record

**PLEASE TAKE NOTICE** that on this 12th day of August, 2008, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO FILE HIS RESPONSE INSTANTER,** a copy of which is herewith served upon you.

**I HEREBY CERTIFY** that I have served this notice and the attached document  by causing it to be delivered by electronic means in compliance with Local Rule 5.9 to the person named above at the address shown this 12th day of August, 2008.

Respectfully submitted,

/s/ David Selmer_____
DAVID SELMER
Assistant Corporation Counsel

30 N. LaSalle, Ste. 1400
Chicago, Illinois 60602
(312)744.6905