## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6514 | **DATE** | 8/12/08 |
| **CASE TITLE** | Jackson-Bey v. Garcia, et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' motion to strike response [29] is denied. Plaintiff's motion to file instanter [31, 32] is granted. Status hearing set for 8/28/08 is reset to 9/4/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|